UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

23cv4527

Eric M. Gravel,

o/b/o himself and all

others similarly situated,

plaintiffs,

v.

Hearst Television, Inc., et al.,

defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *Application for Preliminary Injunction*

Plaintiff moves for an Order granting his application for a preliminary Injunction herein and states:

1. He is likely to succeed on the merits herein;
2. He has no adäquate remedy at law and will be irreparably harmed if his Application is not granted;
3. Defendants will suffer no harm from the issuance of a Preliminary Injunction in this matter; and
4. The public interest will be served, not harmed, by the issuance of a preliminary Injunction calling for the *IMMEDIATE* cessation of defendants' harassment of Mr Gravel.

**See generally** eBay, Inc. v. MercExchange, LLC, 547 U.S. 388 (2006) (factors to take into account in issuing a preliminary injunction); **see also** Salininger v. Colting, 687 F.3d 68 (2d Cir. 2010)(applying fiur factors in copyright matter).

This Application is supported by:

1. Plaintiff's VERIFIED COMPLAINT AND JURY DEMAND (mailed for filing in this Court on May 23, 2023); and
2. The accompanying Affidavit of Eric M. Gravel of even date.

Mr Gravel has previously moved for an Order of Notice scheduling a full evidentiary hearing on his Application and combining that hearing with the trial on the merits herein pursuant to Rule 65(a)(2), Fed. Rules Civ. Proc.

respectfully submitted,

*Eric M. Gravel*     **May 30, 2023**

[signature]

Eric M. Gravel

**pro se**

**137 Pine Street**

**Winooski, VT 05404**

**802.324.9509**

emgfreeman@gmail.com

