**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED
SDNY PRO SE OFFICE

2023 JUN -5  AM 10: 43

23cv4527

Eric M. Gravel, et al.,          :

Plaintiffs,                      :

v.                               :

Hearst Television, Inc., et al., :

Defendants.                      :

**AFFIDAVIT OF ERIC M. GRAVEL**
**IN SUPPORT OF APPLICATION FOR**
**PRELIMINARY INJUNCTION**

State of Vermont.   :
                    : , ss:
County of Chittenden. :

**Eric M. Gravel, on OATH, deposes and says as follows:**

1. On 03/22/2022, at roughly 7:30 pm, I just pulled on in my driveway by Field Training Officer (FTO) Dugan and Officer Sharif for suspected traffic violation of Failure to Stop at a Posted Stop sign at the corner of North Street and West Spring street in Winooski, Vermont.
2. I exited my private vehicle when I came to a stop in my driveway to request the officers shut off the emergency lights and siren as I approached the police cruiser.
3. FTO Dugan exited the police cruiser and immediately escalated the stop by using aggressive and profane language.
4. I immediately turned around, extended my arms out for 15 seconds and offered the officers to pay me down and stayed; "Pat me down, I have nothing to hide".
5. FTO Dugan refused to pat me down , so I leaned against my tailgate on my truck for 5 seconds.
6. FTO Dugan demanded my passenger to get back into the vehicle.
7. I pulled out my cell phone to record FTO Dugan's aggressive behavior.
8. FTO Dugan told me not to reach in my pocket.

9. I began to record FTO Dugan and he tore my phone from my hands and threw it into the bed of my truck.
10. I went to retrieve my phone, retrieved it, and was placed in handcuffs.
11. FTO Dugan and Officer Sharif then began to search my person.
12. Sargeant S. Bova showed up on scene.
13. I demanded these officers read me my Miranda rights for which they refused to do.
14. Within one minute of S. Bova arriving on scene, he orchestrated an Eluding police criminal charge.
15. FTO Dugan then orchestrated a Driving while under the influence (DWI) charge as I was being escorted to the caged and confined backseat of the police cruiser. 16. Once placed in the police cruiser, FTO Dugan told me; "Bite Me Bro".
17. S. Bova then had a discussion with my Fiancé wherein, he set the precedent for the orchestrated charges by alleging I knowingly violated the law by Eluding police.
18. FTO Dugan and Officer Sharif escorted me to the police station.
19. S. Bova remained at my home to talk to my Fiancé, wherein, he outlined did distain for the Chittenden County State prosecutors as well as the Courts for "hating America" and being "Far

Left".

20. I was brought to a holding cell with no bathroom or water and chained with my arms behind my back to a wall.
21. During the over 90 minutes that I was detained and arrested, I was asked numerous questions by S. Bova, FTO Dugan, and Officer Sharif that I did not understand and before my Miranda Rights were read to me.
22. During the over 90 minutes of detainment and arrest and before my Miranda Rights were read to me, these officers rifled through my pockets and patted me down 2 more times.
23. During the over 90 minutes of detainment and arrest and before my Miranda Rights were read to me, FTO Dugan took my wallet and left the holding cell with it
24. During the over 90 minutes of detainment and arrest and before my Miranda Rights were read to me, I attempted to explain to S. Bova that FTO Dugan escalated the stop by throwing and attempting to destroy my personal property.
25. During the over 90 minutes of detainment and arrest and before my Miranda Rights were read to me, I attempted to explain to S. Bova that due to PTSD and a Traumatic Brain Injury (TBI) that FTO Dugan's aggressive actions towards me triggered my PTSD making it very difficult for me to modulate my emotional responses to these officers for fabricating charges against me and forcing me into handcuffs, a caged police cruiser, and a holding cell with no bathroom.
26. At the closing of the over 90 minutes of detainment and arrest, Officer Sharif finally read me my Miranda Rights
27. Officer Sharif became the "Arresting Officer" and wrote a police report in support of the orchestrated charges placed upon me by S. Bova and FTO Dugan.

28. Officer Sharif's incident report was not accurate, detailed, and complete.
29. Officer Sharif used the context of the Careless Negligent Operation of a Motor Vehicle V.S.A. to support the Eluding charge resulting in the State adding an additional charge of Careless Negligent Operation of a Motor Vehicle.
30. When returning home from the police station, I called the Vermont Medical Center in Burlington, Vermont to have my blood draw.
31. When returning home from the police station, the officials at the University of Vermont Medical Center advised me that I would not be permitted to enter the hospital without a face mask or covering.
32. After recording my conversation with the hospital being denied service due to my inability to don a face mask or covering, i began to draft a Freedom of Information Request to S. Bova requesting all cruiser camera, body camera, and police barracks camera footage from the incident and emailed it to S. Bova, wherein, email was sent at 11:43 PM.
33. On March 23, 2023, at 12:10 AM, S. Bova returned email of FOIA stating he is not the individual tasked with such requests resulting in a short string of emails between myself and S.

Bova, wherein, without cause, he blocked me from an further lawful access to him via email. 34. Henceforth, I contacted Chief Hebert via email outlining the Officer misconduct that continued to present.

35. On March 25, 2022, I contacted my Primary Care Provider and obtained a note from my doctor stating I am EXEMPT from wearing a face mask or face covering as a result of my medical issues/conditions because I was being denied access to the Court to address the charges that were levied against me.
36. On March 25, 2022, I contacted Beth Israel Hospital in Boston, Massachusetts to obtain my medical records outlining my medical issues, to include; TBI and facial surgeries that result in my inability to wear a face mask or covering.
37. In preparation for the arraignment, I drafted a letter with links I created of video evidence of these officers violating my rights in an attempt to have the case dismissed and sent it to Sarah George, the State Prosecutor.
38. In preparation for the arraignment, I drafted a letter with links I created of video evidence of these officers violating my rights in an attempt to have the case dismissed and sent it to the court/judge.
39. On or about early April of 2022, I notified Chief Hebert, via email, outlining how his subordinates violated my rights as well as a request for information.
40. On January 3, 2023, 30 minutes after a negative interaction with S. Bova, two (2) Colchester police officers were recorded stalking my home.
41. On or about January 5, 2023, another string of emails were generated between Elaine Wang (they/them), R. Hebert, and myself putting an incident of Colchester police stalking my home roughly 30 minutes after I encountered S. Bova exiting his vehicle and told him out my window that he was; "FUCKING GARBAGE".

42. On or about January 9, 2023, I notified Winooski City Manager, Elaine Wang (they/them) to outlining the unlawful acts her subordinates have committed against myself.
43. Since January 9, 2023, a string of emails took place between Elaine Wang, Chief Hebert, All of City Council Members, as well as the Mayor of Winooski that outline my complaints as well as all responses from these officials.
44. On January 26, 2023, I received an email from Elaine Wang with a redacted report generated by an Internal Affairs investigation that was filled with incorrect information and defamatory/slanderous remarks about me that are untrue and that were used in the findings of the report.
45. On March 4, 2023, Winooski police officer, Willingham, followed me home and parked for 12 seconds in front of my home with his alley light activated and pointed onto my home.
46. On March 20, 2023, I went before Winooski city council to petition my government for redress of grievance.
47. In numerous emails to Elaine Wang and other city officials I stated that I will never be "armed and dangerous", and that, I always "come in peace" and not a "threat" when I go to city hall to petition my government for redress of grievances.
48. On March 20, 2023, just before I was to speak at city council and show the video of Officer Dugan and S. Bova violating my rights, NBC5 was instructed to leave city council meeting instead of reporting on it.
49. On March 20, 2023, NBC5 knowingly abandoned on reporting or running a story on city council meeting.
50. Before the date of April 7, 2023, Winooski city officials contacted their campaign of harassment by sending, in the mail, to my fiancé, two (2) citations totaling over $800 for having "rogue" or "nuisance" chickens.
51. On April 7, 2023, I returned the citations to the Fire Marshal of Winooski who brought them to City Manager; Elaine Wang.
52. After April 7, 2023, I went to City Hall and spoke with Elaine Wang surrounding the harassment of my family through the citations my fiancé received for MY chickens as well as them placing our home in jeopardy as we are renters.
53. On April 12, 2023, I went to Winooski city hall to file a civilian criminal complaint against the officers that assaulted me and fabricated charges against me on March 22, 2023.
54. On April 12, 2023, I was confronted by Lieutenant Charkalis of the Winooski police who was issuing an official criminal no trespass against me for ALL Winooski City property.
55. On April 12, 2023, L. Charkalis issued a no trespass against me that was requested by City Manager Elaine Wang (they/them) and Chief Rick Hebert.
56. On April 12, 2023, L. Charkalis assaulted me while issuing the no trespass order by impeding my access to city hall and placing his hands on my person.
57. On April 12, 2023, while L. Charkalis was issuing the no trespass order requested by E. Wang and Chief Hebert, Chief Hebert came outside to enforce the no trespass order with threat of arrest.

58. On April 12, 2023, Winooski city officials solicited and carried out their own no trespass order to stop me from entering ALL Winooski city buildings to impede on my right to petition my government for redress of grievance.
59. On April 14, 2023, I was in City Hall Park in Burlington, VT when I was confronted by numerous Burlington police officers because my chihuahua was not on a leash.
60. On April 14, 2023, S. Seller informed me that he knew who I was due to information the Winooski City police shared with them stemming from the arrest on March 22, 2023.
61. On April 15, 2023, I went to the Burlington police department to film a video in the parking lot.
62. On April 15, 2023, while filming a video at the Burlington police department, I was confronted by numerous officers.
63. On April 15, 2023, while filming in the 9 police department parking lot, Sargeant Mellis attempted to steal my property in front of other officers to interfere with my free travel and my right to film in public.
64. On or about April 17, 2023, I sent information requests to Burlington police department to obtain the body camera footage and incident report generated from the April 15, 2023 police encounter that, to date, has gone unanswered.
65. To current, Burlington police department has not honored my freedom of information requests to get Sargent Seller's incident report from the incident wherein, Seller confronted by about my chihuahua in city hall park and the preceding day when I went to video in the parking lot of the Burlington police station.

## **SBSCRIBED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30TH DAY OF MAY, 2023.**

*Eric M. Gravel*

Eric M. Gravel