UNITED STATES DISTRICT COURT
IN THE
DISTRICT OF VERMONT

| | |
|---|---|
| Eric M. Gravel,<br><br>       Plaintiff,<br><br>       v.<br><br>Hearst Television, Inc., et al.,<br><br>       Defendants. | Civil Action No. 2:23-cv-00108-gwc-kjd |

## **ORDER**

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted the complaint without the filing fees or an IFP application. Within thirty days of the date of this order, Plaintiff must either pay the $402.00 in fees or submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 2:23-cv-00108. If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

Dated at Burlington, in the District of Vermont, this 13th day of June 2023.

                                                          s/ Kevin J. Doyle
                                                          Kevin J. Doyle
                                                          United States Magistrate Judge