UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Eric Gravel,<br><br>      Plaintiff,<br><br>      v.<br><br>Hearst Television, Inc., City of Winooski,<br>Town of Colchester, City of Burlington,<br><br>      Defendants. | Civil Action No. 2:23–cv–108 |

## **ORDER**

A review of the docket in this case reveals:

1. On May 26, 2023, self-represented Plaintiff Eric Gravel filed a Complaint in the District Court for the Southern District of New York (SDNY).  (Doc. 1.)

2. On May 31, 2023, SDNY issued an Order to transfer the case and this Court received the case on June 7, 2023.  (Docs. 3, 6.)

3. On June 13, 2023, the Court ordered Plaintiff to either pay the filing fee or submit an application to proceed *in forma pauperis* (IFP).  (Doc. 7.)

4. On July 5, 2023, Plaintiff timely filed an Application for Leave to Proceed IFP.  (Doc. 8.)

5. On July 18, 2023, the Court granted Plaintiff's IFP Application and ordered that "[s]ervice of process shall be undertaken pursuant to 28 U.S.C. § 1915(d), and if necessary, shall be made by the U.S. Marshals Service."  (Doc. 9 at 3.)

6. On July 20, 2023, the Clerk's Office sent Plaintiff a letter seeking the addresses of each defendant to undertake service pursuant to the July 18 Order.  The letter was not returned as undeliverable.

7. The Court has received no response from Plaintiff and Defendants have not been served with process.

8. No further filings have been received as of the date of this Order.

Under Federal Rule of Civil Procedure 4(c)(1), "[a] summons must be served with a copy of the complaint."  When a plaintiff is authorized to proceed IFP, the court must "order that service be made by a United States marshal or deputy marshal."  Fed. R. Civ. P. 4(c)(3).  A plaintiff proceeding IFP "must . . . provide the person effecting service (the U.S. Marshals

Service) with the information necessary to locate and serve a defendant." Representing Yourself as *Pro Se* Litigant Guide, available at www.vtd.uscourts.gov/filing-without-attorney-1 (last visited Oct. 31, 2023) at 7. Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

Plaintiff is hereby ORDERED to provide the addresses of Defendants, on or before December 7, 2023. Failure to file a response to this Order shall result in the dismissal of this case without prejudice pursuant to Federal Rules of Civil Procedure 4 and 41(b). *See* Fed. R. Civ. P. 41(b) (authorizing dismissal of an action when "the plaintiff fails to prosecute or to comply with these rules or a court order").

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 7th day of November 2023.

/s/ *Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge