UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Eric Gravel,
 Plaintiff,
cv-108

Civil Action No: 2:23-

V.

City of Winooski,
Defendant.

## MOTION TO MODIFY EXISTING COMPLAINT

NOW COMES, Eric Gravel, filing this Motion To Modify Existing Complaint, to exclude the following Defendants from the complaint in order to best serve justice and to relieve myself from the burdens of taking on many lawyers as a Pro Se litigant. The original constitutional complaints stem out of activities carried out solely by numerous Winooski City employees in the performance of their duties that later resulted in the numerous other Defendants actions against my person.

I request the following Defendants to be removed from this civil complaint;

1. Hearst Television Inc.
2. Town of Colchester
3. City of Burlington

Based upon the merits of the complaint, I feel it best to focus my energies of the City of Winooski employees in order to not dull the validity of the complaint.

Dated on this day of November 24, 2023

Eric Gravel

## CERTIFICATE OF SERVICE

I, Eric Gravel, am mailing a, Motion To Modify Existing Complaint, to the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT on this day of November 24, 2024.

Eric Gravel

E. Me