| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Eric M. Gravel, et al. | COURT CASE NUMBER<br>2:23-cv-00108 |
|---|---|
| DEFENDANT<br>Hearst Television, Inc., et al. | TYPE OF PROCESS<br>Summons in a Civil Action* |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Steven Bova
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
27 West Allen Street, Winooski, VT 05404

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Eric Gravel, pro se
P.O. Box 14
South Hero, VT 05486

Number of process to be served with this Form 285: 6
Number of parties to be served in this case: 11
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
*Application for Preliminary Injunction [Doc. 4], Affidavit of Eric M. Gravel [Doc. 5], Order Granting Plaintiff's in Forma Pauperis Application [Doc. 9], Amended Complaint for Jury Trial [Doc. 13], Text Order [Doc. 12]

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 12/7/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 6
District of Origin: No. 82
District to Serve: No. 82
Signature of Authorized USMS Deputy or Clerk: *Kim Kent*
Date: 12/7/2023

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Jesse Acri, Human Resources Director
Date: 12/7/2023
Time: 2:16 ☒ pm
Address *(complete only different than shown above)*:
Signature of U.S. Marshal or Deputy: *Jh DUSM*

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | $67.90 | | |

REMARKS

Service Fee is $65 Endeavor x 1 DUSM x 1 Hour(s) = $65
Mileage is 5 miles at $.58/mile = $2.90

U. S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
12/8/23
BY _____
DEPUTY CLERK

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18