UNITED STATES DISTRICT COURT
FOR THE
DISTRICT COURT OF VERMONT

2023 DEC 26 PM 2:26

CLERK

BY

Eric Gravel,

Plaintiff,

Civil Action No. 2:23-cv-108

V.

City of Winooski, et al, each in their
Official and individual capacities

Defendants.

OPPOSITION TO DEFENDANT'S MOTION OF TIME EXTENSION

Plaintiff, Eric Gravel, ( Mr. Gravel) is proceeding as a Pro Se Litigant, is filing to Opposition motion to DEFENDANT'S MOTION OF TIME EXTENSION by Defendants, City of Winooski, City of Winooski Mayor Kristine Lott, , City Counsel Members Bryan Oakleaf, Thomas Renner, Aurora Hurd, Charles Judge, Winooski City Manger Elaine Wang, Winooski City Chief of Police Rick Hebert, Winooski City Police Officers Steven Bova, James Charkalis, Owen Dugan, Ahmed Sharif-Shoble, and unknown officer(s), each in their official and individual capacities being represented my legal counsel, Michael Leddy of McNeil, Leddy, & Sheahan.

INTRODUCTION

1 On December 6, 2023, Mr. Gravel filed his Summons and Complaint with this Court's clerk to commence a civil suit against Defendants outlining an egregious Conspiracy by Defendants against Mr. Gravel to deprive him of his rights under the color of law.

2 On December 7, 2023, all defendants were lawfully served by the U.S. Marshal's Service at 27 West Allen Street, Winooski, Vermont pursuant to Fed. R. Civ. P. 4(c)(3).

3 Defendant's response to Mr. Gravel's complaint is due on December 28,



4  On December 20, 2023, Defendant's legal counsel emailed Mr. Gravel requesting an excessively lengthy extension of time to respond of an additional forty five (45) days, which would extend the date to February, 12, 2023. Defendant's legal counsel made this request 1) due to the number of defendants, 2) the number of allegations, and 3) the several claims made by Mr. Gravel; stating that it will take some time to review the matter and prepare responses.

5  On December 20, 2023, Mr. Gravel responded to Defendant's legal counsel via email and stated that he would consider the request as well as provided Defendant's legal counsel with his current phone number.

6  On December 22, 2023, Mr. Gravel received a response email by Defendant's legal counsel thanking him for considering the request while additionally stating that Defendant's legal counsel would like to file his motion for time extension no later than December 22, 2023.

7  On December 22, 2023, Mr Gravel responded to Defendant's legal counsel with the following email; "After much consideration, I decided it best that you go ahead and file a motion with the court to request extension. Please be sure to provide a copy to me without delay as I plan on filing a response to it requesting it not be granted. I only feel this way as you waited until less than a week from when response was due to request an extension and the reasons given are not suitable in my opinion. Mostly, I decided not to grant the request due to your client, Elaine Wang, that has a hard time in controlling herself and has no accountability. I requested in two response emails for all of her correspondence to go through you, and yet, she insisted on emailing me again. Is this further petty harassment or just pure stupidity? I expect your motion for an extension of time will be submitted today, but not heard until Tuesday at the earliest. Since we have little time before your response is due, I will be at the courthouse Tuesday morning with my response. I will email it to you without hesitation as well as have someone

bring copies to the City Hall to be hand delivered since I am still unlawfully no trespassed. Something I plan to remedy with an injunction motion. I hope that when I need an extension that you do not oppose it.".

8 As of the writing of this motion on December 26, 2023, Mr. Gravel has yet to receive a copy of Defendant's legal counsel's motion for time extension, and therefore, is unable to respond to the content and allegations set forth in the motion.

## GROUNDS FOR PLAINTIFF'S MOTION OF OPPOSITION

9 Mr. Gravel would like to first point out that he is a lay person in law and is spending exuberant energy and time in learning how to navigate the legal processes set forth in the Fed. R. Civ. P. in the hopes and desire to have this matter heard and to not dismissed. In doing so, he is going through great lengths to ensure that he will receive a fair and equitable outcome in his favor.

10 Mr. Gravel asserts that Defendant's response of twenty (20) days from being served is an appropriate amount of time to respond by Defendant's, as Defendant's have legal counsel to represent them that is well versed in law and the Fed. R. Civ. P. that govern these proceedings that is more than capable of drafting and submitting their response in a timely manner, and that, Defendant's legal counsel's request of a forty five (45) day extension is excessive in nature and unnecessary.

10 Mr. Gravel asserts that the reasons given to him by Defendant's legal counsel for an extension of time are not valid reasons and were considered when the Fed. R. Civ. P. were drafted. Defendant legal counsel stated the request for extension was being made due to 1) the number of defendants, 2) the allegations against the defendants, and 3) the several claims against the defendants.

11 Mr. Gravel asserts that Defendant's request for extension of time to respond to the initial complaint only eight (8) days prior to the response being due, was a request that was not made in good faith. Mr. Gravel additionally is under the belief that the Christmas holiday along with the New Year are an

(3)

unsaid and underlying cause of request for time exrtension as the response is due on December 28, 2023.

12  Mr. Gravel asserts that Defendant's motion for time extension arises from an unreasonable demand as it was made eight (8) days before their opposition was due, which leaves little to no time for Mr. Gravel to respond to the motion of time extension, placing an unnecessary burden upon him during the holiday season.

13  Mr. Gravel asserts that Defendant's motion for time extension and reasons given would have been properly requested, in good faith, if said request was made prior to eight days before their response was due. Defendant's legal counsel took twelve (12) days to request the extension knowing during that twelve (12) days how many defendants there are, the allegations against each defendant, and the claims made against each defendant.

14 Mr Gravel asserts that Defendant's legal counsel has not identified any, much less substantial, harm or prejudice that would result if this Court does not change the time for their response. Defendant's legal counsel's statement in his email eight (8) days prior to his response being due is not a sufficient reason for an extension. Not only are these insufficient reasons given to extend the time for response that was set, Defendant legal counsel has not given reason for failing to to raise this concern for the first twelve days (12) days that they have had the complaint in hand.

15  Mr. Gravel asserts that judicial economy would not be served by adjusting the date of extension. Under Rule 1 of the Fed. R. Civ. P. Scope and Purpose; "These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. They should be construed, administered, and employed by the court and parties to secure the just, speedy, and inexpensive determination of every action and proceeding.".

16  Mr.Gravel asserts that Defendant's motion should also be denied because

(4)

it was not timely filed. Defendant's motion was requested and presumably filed on December 22, 2023, only eight (8) days prior to the deadline to respond to Mr.. Gravel's complaint and Mr. Gravel has not even been provided a copy of the Defendant's motion as of December 26, 2023, for which, Mr. Gravel does not know what is in the motion or the reasons given. This places Mr. Gravel in an unjust position as Defendant's response to Mr. Gravel's complaint is due within two (2) days of Defendant's motion for extension being filed with this Court.

17  Mr. Gravel reasserts that Defendant's request for a forty five (45) extension of time to respond to his complaint is obviously excessive and unnecassry.

    For the above stated reasons, Mr. Gravel respectfully asks this Court to deny Defendant's motion for time extension.

Executed on this day of December 26th, 2023 with all statements and allegations believed to be true, correct, and complete to the best of my knowledge and understanding.

Respectfully,

*[signature]*

Eric Gravel
P.O. Box 14
South Hero, Vermont 05486
emgfreeman@gmail.com
(802) 535-9229

CERTIFICATE OF SERVICE

I, Eric Gravel, do hereby certify that I am emailing a true, correct, and complete copy of a Motion in Opposition to Defendant's Motion for Time Extension to Mike Leddy, the retained counsel on file for the civil action I commenced against the City of Winooski and numerous employees of the City of Winooski. I certify that I emailed him on this day of December 26th, 2023 completing service to all Defendants.

Executed on this day of December 26, 2023.

Respectfully,

Eric Gravel