UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Eric Gravel,<br><br>      Plaintiff,<br><br>      v.<br><br>City of Winooski, et al.,<br><br>      Defendants. | Civil Action No. 2:23–cv–108 |

## ORDER
(Doc. 26.)

Plaintiff has filed a Complaint under 42 U.S.C. § 1983 against eleven individuals affiliated with the City of Winooski, Vermont, including the Mayor, City Council members, the City Manager, the Chief of Police, several Winooski police officers, and at least one police officer whose identity is presently unknown to Plaintiff. (Doc. 13.) Plaintiff asserts federal constitutional claims and claims for battery and intentional infliction of emotional distress. *See id*.

Defendants request an extension of the deadline to respond to Plaintiff's Complaint. For the reasons stated below, Defendants' Motion is granted.

## Background

On July 18, 2023, the Court granted Plaintiff's Application for Leave to Proceed *in forma pauperis*. (Doc. 9.) The docket reflects that Defendants received service of the Complaint on December 7, 2023. Defendants' Answer is currently due to be filed on December 28, 2023. On December 22, 2023, Defendants filed a Motion to Enlarge Time In Which to File Responsive Pleadings, in which they seek an additional 45 days to respond to Plaintiff's Complaint. (Doc. 26.) Defendants assert that the requested extension is necessary "[g]iven the number of defendants, the number of allegations, and the several claims, [and therefore] additional time is

necessary to review the factual and legal claims asserted, confer with Defendants, and prepare responsive pleadings." (Doc. 26 ¶ 3.) Defendants represent that they have attempted in good faith to obtain Plaintiff's agreement to the requested extension. (*Id.* ¶ 4.) Defendants further represent that on December 20, 2023, Plaintiff indicated that he would consider the request, but that Defendants had not received a response prior to the filing of the Motion on December 22, 2023.

Plaintiff filed a written opposition to Defendants' Motion on December 26, 2023. *See* Doc. 27. Plaintiff asserts that the requested extension of time is "excessively lengthy" and "not made in good faith" because the request was made "only eight (8) days prior to the response being due." *Id.* at 2 ¶ 4, 3 ¶ 11.

## Discussion

Under the Federal Rules of Civil Procedure, "the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). As Defendants filed their Motion before the original response deadline expired, the Court may extend the response deadline for good cause shown.

The Court finds good cause to extend the response deadline in this matter. Plaintiff's Complaint alleges five causes of action against a municipal defendant and at least eleven municipally-affiliated individuals in both their individual and official capacities. The alleged causes of action appear to include federal constitutional claims and state-law tort claims. The Complaint also includes numerous factual allegations pertaining to Plaintiff's multiple interactions over time with the individual Defendants. The Complaint allegations further reference potential evidentiary items, including Plaintiff's Freedom of Information Act request to a Winooski Police Officer seeking body camera footage, statements alleged to have been made

to Plaintiff by individual Defendants, video evidence, Plaintiff's emails with various Defendants, and descriptions of instances of allegedly unlawful conduct by Defendants. Given the nature of the claims, the number of Defendants, and the extent of the factual allegations, the Court grants Defendants' request for an enlargement of time to file responsive pleadings.[1]

### Conclusion

Defendants' Motion to Enlarge Time In Which to File Responsive Pleadings (Doc. 26) is GRANTED. Defendants shall file their response to the Complaint on or before February 12, 2024.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 27th day of December 2023.

/s/ Kevin J. Doyle
Kevin J. Doyle
United States Magistrate Judge

---

[1] In granting Defendants' Motion, the Court acknowledges Plaintiff's statement that "he is a lay person in law and is spending . . . energy and time in learning how to navigate the legal processes set forth in the [Federal Rules of Civil Procedure] in the hopes and desire to have this matter heard and to not [be] dismissed." (Doc. 27 at 3.). The Court assures Plaintiff that it is mindful of his unrepresented status and recognizes its obligation to construe pro se filings "liberally." *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009). "This is particularly so when the *pro se* plaintiff alleges that h[is] civil rights have been violated." *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 191 (2d Cir. 2008).