UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Eric Gravel, | ) |
|       Plaintiff, | ) |
| v. | )   Civil Case No. 2:23-cv-108 |
| City of Winooski, *et al.*, | ) |
|       Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the following:

- *Defendants' Memorandum of Law in Opposition to Plaintiff's Application for Preliminary Injunction* and accompanying Exhibit A, *Declaration of Elaine Wang*

with the Clerk of Court using the CM/ECF system and on Plaintiff via email at the following email address of record:

emgfreeman@gmail.com

DATED at Burlington, Vermont, this 30th day of March 2024.

                                       McNEIL, LEDDY & SHEAHAN, P.C.

BY:   /s/ Michael J. Leddy
           Michael J. Leddy, Esq.
           271 South Union St.
           Burlington, VT 05401
           (802) 863-4531
           mleddy@mcneilvt.com

*Attorneys for Defendants*

400000/635

McNEIL LEDDY & SHEAHAN
271 South Union St.
Burlington, VT 05401
T 802 863 4531
F 802 863 1743
www.mcneilvt.com