## Initial Call Information - [Trespass] 04/12/23 08:39 : 27 W Allen St, Winooski, VT

**Incident Number:** 23WS001726
**Call Time:** 2023-04-12 08:39:01 -0400
**Call Type:** Trespass
**Primary Ofc.:** 924: Charkalis, James
**Owner:** 1324: Schmoll, Michael

| Call Type | Call Priority | Call Origin | Date & Time of Call | Location of Call |
|---|---|---|---|---|
| Trespass | In Progress | Phone | 04/12/2023 08:39 | 27 W Allen St, Winooski, VT, 05404 |

| Area | Team | Incident Number | Roll Call | Cancelled By Complainant | Owner: 1324: Schmoll, Michael | Incident Codes |
|---|---|---|---|---|---|---|
| West | DAYSHIFT | 23WS001726 | ☐ | ☐ | | Common Call Type Trespass-90J |

| Drugs Involved | Opiate blocker | Mental Health | DOMV | Cargo theft | Alarm Number | Incident flags |
|---|---|---|---|---|---|---|
| No Drug/Alcohol Involved | ☐ | ☐ | ☐ | ☐ | | |

### Witness List

| Person Type | | Name | DOB | Primary Phone |
|---|---|---|---|---|
| Caller | ☑ Bus. | City of Winooski | | 802-655-6410 |
| | | **Address** 27 W Allen St, Winooski, VT, 05404 | | |

| Person Type | | Name | DOB | Primary Phone |
|---|---|---|---|---|
| Person of Interest | ☐ Bus. | Gravel, Eric Michael | [redacted] | [redacted] |
| | | **Address** 137 Pine St, Winooski, VT, 05404 | | |

**Responding Officers**

| Officer name | | Dispatched | Enroute | OnScene | Cleared | Secondary Loc. |
|---|---|---|---|---|---|---|
| 924: Charkalis, James | ☑ Primary | 04/12/23 08:39:07 | | | 04/12/23 08:48:21 | |
| 910: Huizenga, Justin | ☐ Primary | 04/12/23 08:39:11 | | | 04/12/23 08:48:23 | |
| 904A: Hebert, Rick | ☐ Primary | 04/12/23 08:39:17 | | | 04/12/23 08:48:26 | |

*Dispatch Narratives*

------------- 1324: Schmoll, Michael - 04/12/23 08:51 -------------
Trespass has been issued for all City of Winooski properties and is attached

------------- 1324: Schmoll, Michael - 04/12/23 08:50 -------------
Received a call from the clerks office that Eric is in the parking lot getting out of his truck

| MRI# | NCIC NIC# | Narrative | ☐ Cancelled |
|------|-----------|-----------|-------------|

# Incident Detail - : 924: Charkalis, James

**Incident Number:** 23WS001726
**Call Time:** 2023-04-12 08:39:01 -0400
**Call Type:** Trespass
**Primary Ofc.:** 924: Charkalis, James
**Owner.:** 1324: Schmoll, Michael

| Occurred From | Occurred To | Invest./Primary Officer | | | | | |
|---|---|---|---|---|---|---|---|
| 04/12/2023 08:39 | 04/12/2023 08:39 | 924: Charkalis, James | | | | | |

| Attachment | Description | Uploaded at | Employee name | | | |
|---|---|---|---|---|---|---|
| Trespass Notice | All City of Winooski Propert | 04/12/2023 09:01 | 1324: Schmoll, Michael | ☐ Confidential | | All city of winooski properties - gravel.pdf |
| Other | Completed Video Request | 04/13/2023 20:23 | 1328: Patenaude, Sharon | ☐ Confidential | | Save to folder001.pdf |

| ☐ TRO/FRO Exists | ☐ Alcohol Involved | ☐ 911 Call Exists | ☐ Medical Release | ☐ Audio Recordings | ☐ DCF Notified | ☐ Crisis Svc Involved | ☐ Swabbings | ☐ SIU Contacted | SVU Contact |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Video Recordings | ☐ Photos Taken | ☐ Prints Lifted | ☐ Diagrams | ☐ Clothing Evidence | ☐ K9 | ☐ Miranda Warning | ☐ Other Evidence | ☐ Crime Scene Processed | ☐ Lpr Used |

Evid. Search Conducted  Physical Evidence                   Media/Press Summary                                   Secondary call type

| Violation | | | Offense Cat | Offense SubCat | NIBRS Vio Type | Counts | #Premises |
|---|---|---|---|---|---|---|---|
| Comm/Att | IBR Scene/Loc Typ | IBR Crim Act Typ | IBR Gang Affil | IBR Agg.Aslt/Hom. | IBR Weapon Type | NIBRS Override | |
| Point Of Entry | Force/No Force | Point of Exit | Campus Code | Justifiable Homicide | | | Significant Event |

| Narrative Type | Officer | Narrative Template |
|---|---|---|
| Supplement | 903: Bova, S: ☐ | |

*Confidential*

## Narrative

4/12/23, Gravel trespassed from all city properties. Vermont VIC sent a situational awareness request for distribution regarding Gravels behavior etc. Chittentel Group also made aware this day. Nothing further

| Narrative Type | Officer | Narrative Template | |
|---|---|---|---|
| Report | 924: Charkalis | ☐ | |
| | | *Confidential* | |

### Narrative

On April 12, 2023, at approximately 0839 hours, I served Eric Gravel (███████) a trespass notice which prohibited him from entering onto any city owned property for one year. Gravel refused service, however, he was verbally notified which was recorded on Axon. Gravel was told that if he returned to any of the properties listed on the trespass notice he would be arrested.

Gravel has been creating disturbances at the Winooski Police Department and Winooski City Hall for several days. Gravel's presence has caused fear among city employees and he has made threats to officers.

Gravel left the parking lot of City Hall and no further action was taken.

Case closed.

| Offense Suspect | Offense Victim | IBR Victim-Offender | | Bias/Motivation (anti) |
|---|---|---|---|---|
| V. was LEO | V was LEO Assignment | | Other ORI | LEOKA Narrative |

**WINOOSKI POLICE**
27 West Allen Street
Winooski, VT 05404

**WARNING NOTICE**

Case/Inc #

Officer: Charkalis    Badge #: 924

Defendant's Last: Gravel    First: Eric    MI:

Address: 137 Pine Street    Phone:

City: Winooski    State: VT    Zip: 05404

DOB: [redacted]    POB:    (M) F    SS#:

Hgt:    Wgt:    Eyes:    Hair:    Race:

Aliases:    S/M/T:

School/Educational Institute/Employer:

## MOTOR VEHICLE INFORMATION

DL#:    State:

Reg:    State:    Year:    Make:    Model:

Color:    Style//Type:

## VIOLATION

Date:    Time:    Location:

Describe Violation/FI:

Trespass

Ord #    T    VSA

## TRESPASS NOTIFICATION

Check One:
- ☐ Residential  ☐ Bar (see reverse)  ☐ Downtown Business (see reverse)
- ☒ Other: All City of Winooski Properties (See reverse)

You are hereby notified, pursuant to Title 13 V.S.A. 3705 (a)(1), not to enter the property or the place located at (and locations listed on reverse if checked above): Winooski City Hall, Winooski Police Dept, Senior Center, OCC

This shall remain in effect until: 4/12/24 Fire Dept. Public Works

Trespass Notice Requested by: Chief Rick Hebert, Elaine Wang

You are further advised that a violation of this notice is punishable by a term of imprisonment or a fine, or both, pursuant to T13 VSA 3705.

I, Eric Gravel acknowledge this notice against trespass and understand it.

Defendant Signature: explained on Axon    Date: 4/12/23

Officer Signature: [signature]    Date: 4/12/23

Ticket / Reference #: _____

_____

- City Hall - 27 West Allen St, Winooski VT
- Winooski Police Dept. - 27 West Allen St Winooski VT
- Senior Center - 123 Barlow St, Winooski VT
- Public Works - 200 Gilbrook, Winooski VT
- Winooski Community Center - 32 Mallets Bay Ave Winooski, VT
- Winooski Fire Dept. - 100 Main Street Winooski VT
- Winooski Water Dept. - 250 West Allen Street, Winooski VT

| Reason for Contact | Race Data | Age | Action |
|---|---|---|---|
| ☐ Agency Assist<br>☐ BOLO<br>☐ Crim Violation<br>☐ MV Violation | ☐ Asian or Pacific Islander<br>☐ Black<br>☐ Native American<br>☐ White<br>☐ Hispanic | ☐ 0 - 10<br>☐ 11-20<br>☐ 21-40<br>☐ 41-100<br><br>☐ M  ☐ F | ☐ K-9 Search<br>☐ Consent MV<br>☐ Driver Search<br>☐ Passenger Search<br>☐ Exigent Search |

| Shift | Outcome | Passerger Locations Searched | |
|---|---|---|---|
| ☐ Days<br>☐ Evenings<br>☐ Midnights<br>☐ Swing | ☐ Arrest<br>☐ Citation Issued<br>☐ Unfounded TS<br>☐ VCVC Issued<br>☐ Verbal Warning<br>☐ Written Warning | ☐ Trk Bed Passenger<br>☐ Camper Passenger<br>☐ Frt Ctr Passenger<br>☐ Frt Lft Passenger<br>☐ Misc. Passenger Location<br>☐ Frt Passenger | ☐ Pedestrian<br>☐ Rear Center<br>☐ Rear Left<br>☐ Rear Right |

## Winooski Police Department Video Request Form

Incident #: ~~23~~ 23WS001726

Nature of Incident:

DUI    DLS    Assault / Disorderly    Theft
        Traffic Stop

Transport    Interview    Other: _____

Officer: 924, 910, PT1        Copy filed

Date of Incident: 4/12/23

Time of Incident: 0840 ish

Date of Request: 4/12/23

Defendant's Name: _____

Multiple Videos (within rooms of building): YES / NO

Video Needed:

done ✓    Axon: 924 / 910 / 904 (PT1) / ____
_____ EQ Numbers: ____ / ____ / ____ / ____
_____ Processing Room: ____ / ____ / ____
_____ D-Cell: ____ / ____ / ____
_____ Transport to CCCC / NWSCF / Act 1 / Residence / UVMMC
_____ Photographs
_____ Telephone Calls (Line, Time, etc.)
_____ Other: _____