**EXHIBIT A-2**

**Incident Detail - : 915: Dugan, Owen**

*Incident Number: 24WS000081*
*Call Time: 2024-01-05 17:18:10 -0500*
*Call Type: Threats/Harassment*
*Primary Ofc.: 915: Dugan, Owen*
*Owner.: 1338: Maring, Hailey*

| *Occurred From* | *Occurred To* | *Invest./Primary Officer* |
|---|---|---|
| 01/05/2024 17:18 | 01/05/2024 17:18 | 915: Dugan, Owen |

| *Attachment* | *Description* | *Uploaded at* | *Employee name* | | |
|---|---|---|---|---|---|
| Statement - Written | Statement | 01/05/2024 17:47 | 1338: Maring, Hailey | ☐ *Confidential* | Statement-marcely.pdf |
| Statement - Written | Sgt Dugan Statement | 01/18/2024 11:54 | 1324: Schmoll, Michael | ☐ *Confidential* | Sgt dugan statement.pdf |
| Statement - Written | Sworn Written Statement - M | 01/19/2024 10:18 | 1324: Schmoll, Michael | ☐ *Confidential* | Sworn written statement - maring.pdf |
| Statement - Written | Sworn Written Statement - N | 01/19/2024 10:19 | 1324: Schmoll, Michael | ☐ *Confidential* | Sworn written statement - nehsang.pdf |

☐ *TRO/FRO Exists*  ☐ *Alcohol Involved*  ☐ *911 Call Exists*  ☐ *Medical Release*  ☐ *Audio Recordings*  ☐ *DCF Notified*  ☐ *Crisis Svc Involved*  ☐ *Swabbings*  ☐ *SIU Contacted*  *SVU Contact*

☑ *Video Recordings*  ☐ *Photos Taken*  ☐ *Prints Lifted*  ☐ *Diagrams*  ☐ *Clothing Evidence*  ☐ *K9*  ☐ *Miranda Warning*  ☐ *Other Evidence*  ☐ *Crime Scene Processed*  ☐ *Lpr Used*

*Evid. Search Conducted*  *Physical Evidence*  *Media/Press Summary*  *Secondary call type*

| Violation | | | Offense Cat | Offense SubCat | NIBRS Vio Type | Counts | #Premises |
|---|---|---|---|---|---|---|---|
| Comm/Att | IBR Scene/Loc Typ | IBR Crim Act Typ | IBR Gang Affil | IBR Agg.Aslt/Hom. | IBR Weapon Type | NIBRS Override | |
| Point Of Entry | Force/No Force | Point of Exit | Campus Code | Justifiable Homicide | | | Significant Event |

| *Narrative Type* | *Officer* | *Narrative Template* |
|---|---|---|
| Report | 915: Dugan, C ☐ | |
| | | *Confidential* |

Narrative

On 1/5/24 at approximately 1718 hours Marcel Lesperance ▮▮▮▮) came into the PD lobby to make a complaint about Eric Gravel ▮▮▮▮) threatening him.

Lesperance was in the lobby earlier the same day speaking with Det. Bova about other matters when Gravel was filming him outside on the street and yelling.

Please see attached statement forms pertaining the totality of incidents involving Gravel throughout the day / into the next morning.

EOR.

| *Offense Suspect* | *Offense Victim* | *IBR Victim-Offender* | | *Bias/Motivation (anti)* |
|---|---|---|---|---|
| *V. was LEO* | *V was LEO Assignment* | | *Other ORI* | *LEOKA Narrative* |

Personal?



# SWORN STATEMENT FORM
## WINOOSKI POLICE DEPARTMENT
### 27 WEST ALLEN STREET, WINOOSKI, VT 05404
### (802) 655-0221    Fax: (802) 655-6427

**INCIDENT NUMBER:** _____    **OFFICER:** _____

**NAME:** Marcel Lesperance    **DOB:** ███████████

**ADDRESS:** (05 Barlow)

**PHONE:** no ph    **POB:** _____

**DATE:** Jan 5  24    **TIME:** 4:00 PM

book, you)
age He, you ME

on B-terror He, you)

L= IVE VIDEO ----    COP Talked to 2 hours ago

I — T=hreatened Him, to

Leave Wnst, COP = GEORGE

(License PLATE

I AM

D" I'll knock your B-rain

2 INCHES INTO your SKULL

Ken= S=EAGAL, I say
D WILL KILL you
or= CHUCK N-ORRIS

I, ( PRINT NAME ) M-arcel L'Esperance, HEREBY SWEAR
(OR AFFIRM ) THAT THE PRECEDING STATEMENT IS TRUE AND ACCURATE TO
THE BEST OF MY KNOWLEDGE.

**SIGNATURE:** Marcel L'Esperance    **DATE:** Jan 5 24

**NOTARY PUBLIC:** _____    **DATE:** _____

I = NO CLUE"
who He was

He walked OFF
then = got in his
T
Front of Church

Then

Kept threatening
I
mo is

I=hg
Q=u.y=
WAS=
@=complainos
A:bout the
cop I talked
TO=

AT

@=ircle
N=one
N=one
My=Business
STAY OUT-OF
COP,,,,
RUCK
T=RUCK
UP

Black
I said "leave him A-LONE on this @ here
un own

WINOOSKI POLICE DEPARTMENT
SUPPLEMENTAL AFFIDAVIT
STATE OF VERMONT
Chittenden Superior-Criminal Division

**NOW COMES Sergeant Owen Dugan** affiant, being duly sworn and on oath, deposes and says:

1. On 1/5/23 upon coming in for shift I observed Eric Gravel (DOB ▮▮▮▮) whom I know from a plethora of prior law enforcement interactions, sitting in his personal vehicle (VT registration "I AM") that I am also familiar with, parked on Weaver St. just north from the back parking lot of city hall where employees park, faced south bound. He was staring at me from the second I parked my vehicle.

2. As I proceeded to exit my vehicle Gravel immediately got out of his truck and began screaming obscenities and threats at me based on his current lawsuit with the city, and general disparaging things about me "go fuck yourself" "you're a piece of shit" etc. This went on for several more hours with him yelling at other employees as they left / came into work.

3. As Det. Bova was speaking with a male in the lobby (Marcel Lesperance), Gravel went on fit in the street filming the interaction through the vestibule doors, while yelling outside causing a disturbance. It should be noted that Lesperance came in later that night to fill out a statement in which he stated that Gravel was threatening him upon leaving the PD (see case # 24WS000081).

4. After this behavior continued for several hours Gravel eventually left. Later that night, I was driving behind TD Bank on Weaver Ln. when Gravel approached my vehicle on foot. He proceeded to stand in front of my vehicle and continue his usual banter and expletives towards me. I ordered him to move and slowly turned the cruiser around him, as it was obvious he was trying to make me contact him so he could claim I hit him.

5. Later on while parked nearby, he drove up next to me with his window down pointing something at me. I activated my alley lights to see him / what he was holding as it's an officer safety issue in general, let alone the fact Gravel targets PD employees. He then accused me of trying to run him over, screamed at me with some more expletives and drove off. He then circled back several times to flick me off with his middle finger out the window and accelerate his vehicle in a burn out style fashion to draw attention to himself, to which I did not engage.

6. Later on in the shift on 1/6/24 at approximately 0134 and 0139 hours, Gravel called the Winooski Police Dept. sounding audibly intoxicated (extremely slurred mumbled speech), ranting in general and using expletives. He at one point asked

Subscribed and sworn to before me on
This 13 day of January , 2024

_____
Notary Public/Judicial Officer

_____
Affiant

1/13/24
Date

WINOOSKI POLICE DEPARTMENT
SUPPLEMENTAL AFFIDAVIT
STATE OF VERMONT
Chittenden Superior-Criminal Division

**NOW COMES Sergeant Owen Dugan** affiant, being duly sworn and on oath, deposes and says:

> if "Bova fucked me in the ass or if I fuck Bova in the ass" referring to Det. Bova whom is also listed on his lawsuit, as well as calling retired Chief Hebert a "retard". He was instructed to cease his calls unless he had a legitimate complaint, and that otherwise he would be charged with disorderly conduct via electronic communication.

Subscribed and sworn to before me on
This _13_ day of _January_, 2024

_____
Notary Public/Judicial Officer

_____
Affiant

_1/13/24_
Date



# SWORN STATEMENT FORM
## WINOOSKI POLICE DEPARTMENT
27 WEST ALLEN STREET, WINOOSKI, VT 05404
(802) 655-0221    Fax: (802) 655-6427

**INCIDENT NUMBER:** _____    **OFFICER:** _____

**NAME:** TENZIN NEHSANG    **DOB:** _____

**ADDRESS:** 27 WEST ALLEN ST

**PHONE:** _____    **POB:** _____

**DATE:** 01/19/24    **TIME:** 10:14 AM

ON 01/05/24 ERIC GRAVEL WAS ON WEAVER ST
CROSS FROM CITY HALL. MY SHIFT WAS DONE AT 3PM.
AS I WAS LEAVING THE PARKING LOT FROM CITY HALL
ERIC GRAVEL APPROCH MY CAR ON LEFT SIDE AND
YELLING AND SHOWING ME MIDDLE AT FINGER AS
SAYING FUCK YOU AND REPEATING AND CONTINUES
DOING SO. I COULD NOT MUCH AFTER THAT DUE TO
I CHOOSE TO KEPT DRIVING AWAY FROM ERIC
GRAVEL. I AM EMPLOYED BY CITY OF WINOOSKI.

I, ( PRINT NAME ) TENZING NEHSANG , HEREBY SWEAR
(OR AFFIRM ) THAT THE PRECEDING STATEMENT IS TRUE AND ACCURATE TO
THE BEST OF MY KNOWLEDGE.

**SIGNATURE:** _____    **DATE:** 01/19/24

**NOTARY PUBLIC:** _____    **DATE:** 1/19/24



# SWORN STATEMENT FORM
## WINOOSKI POLICE DEPARTMENT
27 WEST ALLEN STREET, WINOOSKI, VT 05404
(802) 655-0221    Fax: (802) 655-6427

**INCIDENT NUMBER:** _____    **OFFICER:** 1338

**NAME:** Halley Maring    **DOB:** ████████████

**ADDRESS:** _____

**PHONE:** ████████████    **POB:** Burlington

**DATE:** 01/05/2024    **TIME:** 1445

Approximately between 1430 and 1445 on January 5th, I was walking in the back parking lot of the Winooski Police Department. Before entering the building a white male in a black truck began yelling in my direction. I recognized the male as Eric Gravel. Although I was unable to make out what gravel was yelling it startled me.

I, ( PRINT NAME ) Halley Maring , HEREBY SWEAR (OR AFFIRM ) THAT THE PRECEDING STATEMENT IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE.

**SIGNATURE:** Halley Maring    **DATE:** 1-19-24

**NOTARY PUBLIC:** _____    **DATE:** 1-19-24