UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUN 18 PM 4:54

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| ERIC GRAVEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:23-cv-108 |
| HEARST TELEVISION, INC. et al, | ) ) |
| Defendant. | ) ) ) |

## ORDER

The court grants plaintiff's motion to dismiss pursuant to F.R.Civ.P. 41(a)(1)(A)(i). (Doc. 40). The pending motion to dismiss (Doc. 30-32), motion for a preliminary injunction (Doc. 4), and motion for appointment of counsel (Doc. 29) are DENIED as moot. There is no need to act on the pending Report and Recommendation. The dismissal is without prejudice.

Dated at Burlington, in the District of Vermont, this 18th day of June, 2024.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court